IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at _____

IN RE: Michael Duplessie

Case No. 24-10057

Chapter 7

Debtor

## DECLARATION REGARDING ELECTRONIC FILING (SELF-REPRESENTED INDIVIDUAL)

1. I (we) have completed the following documents using the Court's Electronic Filing (eSR) program for self-represented debtor:

   - ☐ Voluntary Petition for Individuals Filing for Bankruptcy (Official Form B101)

   - ☐ Chapter 7 Statement of Your Current Monthly Income (Official Form B122A-1)

   - ☐ Your Statement of Financial Affairs For Individuals Filing for Bankruptcy (Official Form B107)

   - ☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form B122A-1)

   - ☐ Declaration About an Individual Debtor's Schedules (Official Form B106)

   - ☐ Chapter 7 Means Test (Official Form B122A-2)

   - ☐ Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B108)

2. Declaration of Petitioner:

   a. To be completed in all cases.

   I, the undersigned debtor hereby declare under penalty of perjury that:

   (1) I have read and understand the above-referenced documents being filed electronically ("Voluntary Petition");

   (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my knowledge and belief; and

LBF-R v.2023

(3) I have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court.

I further declare under penalty of perjury that I have completed and signed Your Statement about Your Social Security Number (Official Form B121) and provided the signed original to the Clerk. I understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

b. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

- ☒ I am aware that I may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I understand the relief available under each such chapter; I choose to proceed under chapter 7; and I request relief in accordance with chapter 7.

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105. I also understand that failure to address the filing fee (by paying the full filing fee, by filing an application to waive the fee, or by filing an application to pay the filing fee in installments) is grounds for dismissal of my case pursuant to Local Bankruptcy Rule 1002-1.

| 12/22/2023 | Michael Duplessie | _(signed)_ |
|---|---|---|
| Date | Debtor's Name | Debtor's Signature |

| | | |
|---|---|---|
| Date | Joint Debtor's Name | Joint Debtor's Signature |

LBF-R v.2023