United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-10057-LSS |
| Michael David Duplessie | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 23, 2024 | Form ID: pdfdbtr | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

**Recip ID          Recipient Name and Address**
db             +  Michael David Duplessie, 7815 English Way, Bethesda, MD 20817-1966

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024          Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Laura J. Margulies | trustee@law-margulies.com  lmargulies@ecf.axosfs.com |

TOTAL: 1

Entered: January 22nd, 2024
Signed: January 22nd, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:     Case No.: **24−10057 − LSS**     Chapter: **7**

**Michael David Duplessie**
Debtor

### ORDER DISMISSING CASE
### FOR FAILURE TO COMPLETE REQUIRED FILINGS
### AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of the Court entered January 12, 2024, the Debtor was admonished to file:

- ☑ Amended Schedules A/B C D E/F G H I J and Declaration Concerning Debtor's Schedules
- ☑ Amended Voluntary Petition
- ☐ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☐ Other:

The Debtor has failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 707(a), the above−captioned case under Chapter 7 is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:  Debtor
     Attorney for Debtor − PRO SE
     Case Trustee − Laura J. Margulies
     U.S. Trustee

## End of Order

15x06 (rev. 12/01/2015) − MarkRybczynski